```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                                       Case No. 17-15368-jps
Thomas E. Hutchison                                                          Chapter 7
Kelly L. Hutchison
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0647-1            User: admin                  Page 1 of 2                  Date Rcvd: Sep 13, 2017
                                Form ID: 309A                Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db/db         +Thomas E. Hutchison,    Kelly L. Hutchison,    5844 Lotusdale Dr.,    Cleveland, OH 44130-2105
25060625       Anesthesia Associates,    POB 77033,    Cleveland, OH 44194-7033
25060627      +BW 30 LLC,    850 Concourse Pkwy S. #1,    Maitland, FL 32751-6145
25060629      +CAS of TN,    POB 40916,    Memphis, TN 38174-0916
25060632      +Central Financial Control,    POB 660873,    Dallas, TX 75266-0873
25060634      +Community Hospitalists,    POB 72233,    Cleveland, OH 44192-0002
25060635       Cons Rec Sys,    2650 Thousand Oaks Blvd #4420,    Memphis, TN 38118-2473
25060637       Cuyahoga County Common Pleas Court,    1200 Ontario St.,    Cleveland, OH 44113-1678
25060639       Dr. Benjamin V. Hu,    6688 Ridge Rd. #1200,    Cleveland, OH 44129-5706
25060641      +Financial Collection Age,    5705 Stage Rd #225,    Memphis, TN 38134-4543
25060642      +First Federal Credit Control,    24700 Chagrin Blvd #205,    Beachwood, OH 44122-5662
25060643       Highland Springs,    6160 Solution Center,    Chicago, IL 60677-0001
25060644      +Infibank/Suntrust,    POB 85526,    Richmond, VA 23285-5526
25060647       Laboratory Corp. of America,    POB 2240,    Burlington, NC 27216-2240
25060648      +Levy & Assoc.,    4645 Executive Dr.,    Columbus, OH 43220-3601
25060649      +Memphis Light Gas Water,    245 S. Main St.,    Memphis, TN 38103-3998
25060651       NPAS Solutions LLC,    POB 2248,    Maryland Heights, MO 63043-1048
25060653       PCM,    POB 4037500,    Jonesboro, AR 72403
25060652      +Parma Municipal Court,    5555 Powers Blvd.,    Cleveland, OH 44129-5462
25060654      +Pearl Law Offices,    9393 Olde Eight Rd.,    Northfield, OH 44067-1953
25060655      #+Resolve Partners,    2733 Horse Pen Creek Road #101,    Greensboro, NC 27410-8538
25060658      ++SHELBY COUNTY FEDERAL CREDIT UNION,    150 WASHINGTON AVE,    SUITE 302,    MEMPHIS TN 38103-2039
              (address filed with court: Shelby County Employees,    150 Washington #302,    Memphis, TN 38103)
25060662       UH Parma,    POB 931242,    Cleveland, OH 44193-1363
25060663       UH Parma Self Pay,    POB 771886,    Cleveland, OH 44193-1363
25060664       UHMP Psychiatry,    ATTN: 8972M,    POB 14000,    Belfast, ME 04915-4033
25060665       University Hospitals Medical Group,    POB 14000,    Belfast, ME 04915-4033
25060667       Wakefield & Assoc,    POB 50250,    Knoxville, TN 37950-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: sean@moorelawohio.com Sep 13 2017 21:37:17     Sean P. Moore,
                Law Office of Sean P. Moore, LLC,    4807 Rockside Road Suite 400,   Independence, OH 44131
tr            +EDI: QVEBROWN.COM Sep 13 2017 21:28:00      Virgil E. Brown, Jr.,    4070 Mayfield Road,
                Cleveland, OH 44121-3036
ust            E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Sep 13 2017 21:37:54      Cynthia J. Thayer,
                US Department of Justice,    201 Superior Avenue,    Suite 441,   Cleveland, OH 44114-1234
25060624       EDI: AAEO.COM Sep 13 2017 21:28:00      Aarons Sales and Lease,    1015 Cobb Place Blvd,
                Kennesaw, GA 30144
25060626      +EDI: TSYS2.COM Sep 13 2017 21:28:00      Barclays Bank Delaware,    125 S West St,
                Wilmington, DE 19801-5014
25060628      +E-mail/Text: bankruptcy@usecapital.com Sep 13 2017 21:40:01      Capital Accounts LLC,
                POB 140065,    Nashville, TN 37214-0065
25060630      +E-mail/Text: bankruptcy@cavps.com Sep 13 2017 21:39:04      Cavalry Portfolio Service,
                500 Summit Lake Dr.,    Valhalla, NY 10595-2322
25060631      +E-mail/Text: bankruptcynotices@enablemidstream.com Sep 13 2017 21:39:50      Centerpoint Energy,
                1111 Louisiana,    Houston, TX 77002-5228
25060633       EDI: CAPIO.COM Sep 13 2017 21:28:00      Cleveland Clinic,    POB 89410,
                Cleveland, OH 44101-6410
25060636      +E-mail/Text: bankruptcy@consumerportfolio.com Sep 13 2017 21:38:59      Consumer Portfolio Svc,
                POB 57071,    Irvine, CA 92619-7071
25060638      +EDI: DCI.COM Sep 13 2017 21:28:00      Diversified Consultants,    POB 551268,
                Jacksonville, FL 32255-1268
25060640      +E-mail/Text: credit7@entergy.com Sep 13 2017 21:37:18     Entergy,    4809 Jefferson Hwy,
                New Orleans, LA 70121-3122
25060645      +E-mail/Text: processing@keybridgemed.com Sep 13 2017 21:39:14      Keybridge Medical Revenue,
                2244 Baton Rouge,    POB 1568,    Lima, OH 45802-1568
25060646      +EDI: CBSKOHLS.COM Sep 13 2017 21:28:00      Kohl's,    POB 3115,   Milwaukee, WI 53201-3115
25060650      +EDI: MID8.COM Sep 13 2017 21:28:00      Midland Credit Management,
                2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
25061703      +EDI: PRA.COM Sep 13 2017 21:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
25060656      +E-mail/Text: bk@revenuegroup.com Sep 13 2017 21:39:29      Revenue Group,
                4780 Hinckley Industrial Pkwy #200,    Cleveland, OH 44109-6003
25060661       EDI: RMSC.COM Sep 13 2017 21:28:00      SYNCB/Care Credit,    POB 965036,
                Orlando, FL 32896-5036
25060659      +E-mail/Text: bncnotices@stengerlaw.com Sep 13 2017 21:37:22      Stenger & Stenger,
                2618 East Paris Ave SE,    Grand Rapids, MI 49546-2458
25060660      +EDI: STF1.COM Sep 13 2017 21:28:00      Suntrust Bank,    POB 85526,   Richmond, VA 23285-5526
25060666      +EDI: VERIZONWIRE.COM Sep 13 2017 21:28:00      Verizon,    POB 26055,
                Minneapolis, MN 55426-0055
25060668       E-mail/Text: Kmaynard-brooks@watsonclinic.com Sep 13 2017 21:39:08      Watson Clinic LLP,
                POB 95004,    Lakeland, FL 33804-5004
                                                                                              TOTAL: 22
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
25060657    ##Revenue Recovery Corp,   6207 Summer Ave,   POB 341308,   Memphis, TN 38184-1308
                                                                     TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
```
          Sean P. Moore    on behalf of Debtor Kelly L. Hutchison sean@moorelawohio.com
          Sean P. Moore    on behalf of Debtor Thomas E. Hutchison sean@moorelawohio.com
          Virgil E. Brown, Jr.   virgil@vebtrustee.com,   vbrownjr@ecf.epiqsystems.com
                                                                           TOTAL: 3
```

| | **Information to identify the case:** | | |
|---|---|---|---|
| Debtor 1 | **Thomas E. Hutchison** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–5949 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Kelly L. Hutchison** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–0711 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Ohio** | Date case filed for chapter 7 | 9/11/17 |
| Case number: | **17–15368–jps** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas E. Hutchison | Kelly L. Hutchison |
| 2. | **All other names used in the last 8 years** | | fka Kelly L. Check, fka Kelly L. Rollins |
| 3. | **Address** | 5844 Lotusdale Dr. <br> Cleveland, OH 44130 | 5844 Lotusdale Dr. <br> Cleveland, OH 44130 |
| 4. | **Debtor's attorney** <br> Name and address | Sean P. Moore <br> Law Office of Sean P. Moore, LLC <br> 4807 Rockside Road Suite 400 <br> Independence, OH 44131 | Contact phone 330.858.2934 <br><br> Email: sean@moorelawohio.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Virgil E. Brown Jr. <br> 4070 Mayfield Road <br> Cleveland, OH 44121 | Contact phone (216) 851–3304 <br><br> Email: virgil@vebtrustee.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>www.ohnb.uscourts.gov. | United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114–1235 | Hours open 9:00 AM – 4:00 PM<br><br>Contact phone 216–615–4300<br><br>Date: 9/13/17 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 10, 2017 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required ***<br>*** Proof of Social Security Number required *** | Location:<br><br>**341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/11/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

17-15368-jps   Doc 7   FILED 09/15/17   ENTERED 09/18/17 10:02:35   Page 4 of 4